```
                                                              FILED
                                                         August 15, 2011
              UNITED STATES DISTRICT COURT            CLERK, US DISTRICT COURT
                                                       EASTERN DISTRICT OF
           FOR THE EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                           DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-mj-00254-KJN |
| Plaintiff, ) | |
| v.                        ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| IDALECIO VALENCIA PERALES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Idalecio Valencia Perales</u>; Case <u>2:11-mj-00254-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000, to be replaced by the posting of real property owned by Defendant's father and brother.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) To be released to the custody of Pretrial Services the morning of 8/16/11; under GPS monitoring pending the posting of the real property; and under pretrial supervision/conditions.

Issued at  <u>Sacramento, CA</u>  on  <u>8/15/11</u>  at  <u>2:30 pm</u>

By  <u>/s/ Carolyn K. Delaney</u>
Carolyn K. Delaney
United States Magistrate Judge