Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
INDALECIO VALENCIA PERALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>INDALECIO VALENCIA PERALES,<br>                  Defendant. | CASE NO. CRS 11-356 KJM<br><br>REQUEST FOR ORDER AND PROPOSED ORDER EXONERATING BOND |

On August 15, 2011, Mr. Valencia-Perales was ordered released on a $100,000 Unsecured appearance bond that was replaced by the posting of real property located at 2300 85th Avenue, Oakland, California, 94605. On September 16, 2011, the above property was posted and a deed of trust and promissory note was recorded in the amount of $60,000. The owners of the property are Marco Valencia and Indalecio Valencia (father of the above named defendant, also named Indalecio Valencia.)

Mr. Indalecio Valencia (defendant) is currently in custody and therefore the bond is no longer necessary. It is hereby requested that the bond referenced above be exonerated and that the Clerk of the District Court be directed to re-convey back to the sureties, the Deeds of Trust and Promissory Notes.

Exonerate Bond                                            1

Dated: January 23, 2014                     /s/   Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Indalecio Valencia Perales

**ORDER**

IT IS SO ORDERED, that the bond in the amount of $60,000, posted and secured by the deed of trust and promissory note from 2300 85th Avenue, Oakland, California 94065, is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable, to re-convey back the Trustor, the Deed of Trust and Promissory Note.

Dated: January 28, 2014

_____
UNITED STATES DISTRICT JUDGE

Exonerate Bond                                        2