UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 24, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11CR00356-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| INDALECIO VALENCIA PERALES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   INDALECIO VALENCIA PERALES  , Case

No.   2:11CR00356-KJM   , Charge   21USC § 841(a)(1), 846   , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    ✔    Unsecured Appearance Bond $100,000.00

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)  Pretrial conditions as stated on the record.

The defendant shall be released to the pretrial officer on 2/25/2014 @ 9:00 a.m.

Issued at  Sacramento, CA  on  February 24, 2014  at  2:46 pm  .

By   /s/ Allison Claire /s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court