Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988


Attorneys for:
INDALECIO VALENCIA PERALES


### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>INDALECIO VALENCIA PERALES, et al.<br>                    Defendant. | CASE NO.  CRS 11-356 KJM<br><br>STIPULATION TO CONTINUE REVOCATION HEARING TO 4/15/15 AT 2:00 P.M. |


### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that the revocation hearing currently set for March 25, 2015, be vacated and continued to April 15, 2015, at 2:00 p.m., before the Honorable Magistrate Judge Allison Claire.  There are outstanding discovery issues that need to be resolved prior to conducting the revocation hearing.

IT IS SO STIPULATED.

Dated:  March 24, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Michael D. McCoy
                                          MICHAEL D. MCCOY
                                          Assistant United States Attorney


Dated: March 24, 2015                      /s/   Dina L. Santos
                                          DINA SANTOS, ESQ.
                                          Attorney for Indalecio Valencia Perales


Stip. & [Proposed] Order Continuing Status Conf. &            1
Excluding Time Periods Under Speedy Trial Act

## ORDER

IT IS SO FOUND AND ORDERED this 24th day of March, 2015

_____

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE