UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INDALECIO VALENCIA PERALES,<br><br>Defendant. | No. 2: 11-cr-00356-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release INDALECIO VALENCIA PERALES; Case No. 2: 11-cr-00356-KJM, from custody for the following reasons:

\_\_\_Release on Personal Recognizance

\_\_\_Bail Posted in the Sum of $

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

\_X\_ (Other): Time Served; Defendant to be released at 9:00 AM on Tuesday, January 15, 2019 to the custody of Defense Investigator, Juan Barcenas who shall transport the defendant to the Salvation Army Program located at 1615 D Street in Sacramento, CA 95814.

Issued at Sacramento, California on __1/14/19__, at __10 am__.

_____
Kimberly J. Mueller
United States District Judge